UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EDERY HERRERA,

                    Plaintiff,

      - against -

SCHOLL'S WELLNESS COMPANY LLC,

                  Defendant.
_____

24-cv-9257 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **March 6, 2025.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          December 6, 2024

                                 John G. Koeltl
                  United States District Judge